UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62060–CV–WILLIAMS

VALERIE E. HITCHMAN,

    Plaintiff,

vs.

FIRST NATIONAL COLLECITON
BUREAU, INC.,

    Defendant.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

Upon consideration of the record and in light of the Stipulation for Dismissal with Prejudice by and between the parties (DE 9), this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees. The Clerk of Court is instructed to **CLOSE** this case for administrative purposes.

DONE AND ORDERED in chambers in Miami, Florida, this 10th day of January, 2012.

                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record